Jodene Toni-Lee Sahii Rose, Pro Se

Address Withheld Pursuant to Motion to Seal Address

Email: CivilRights.JRose@gmail.com

Phone: (813) 580-9319

UNITED STATES  DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| JODENE TONI-LEE SAHII ROSE, Pro Se ) | |
| (Professionally known as "Jodie Rose"), ) | |
| Plaintiff, ) | |
| v. ) | Case No.: [To be assigned] |
| ) | |
| PIPEDRIVE, INC., ) | |
| Defendant. ) | |

_____,

**MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING AS A PRO SE LITIGANT**

I, Jodene Toni-Lee Sahii Rose, a pro se plaintiff and United States citizen currently residing in Jamaica, hereby respectfully move this Court for leave to participate in electronic filing in the above-captioned case.

**1.** I intend to file my civil complaint and related documents promptly, with a filing deadline of June 18, 2025.

 **2.** Due to my location in Jamaica, I am unable to access the U.S. mail system reliably or affordably, and I cannot file documents in person at the Court.

 **3.** I understand that pro se litigants must have permission from the Court to file electronically and that an order granting such access is required before I submit my Non-Attorney E-File Registration.

 **4.** Granting me leave to participate in electronic filing will allow me to meet filing deadlines and comply with the Court's rules.

 **5.** Under Rule 2.525(d) of the Local Rules of the Middle District of Florida, the Court may permit alternative filing methods upon a showing of good cause.

 **6.** I respectfully request that the Court grant this Motion and enter an order permitting me to file documents electronically in this case.

Respectfully submitted,

Date: June 18, 2025