UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JODENE TONI-LEE SAHII ROSE,**

    **Plaintiff,**

v.                                          **Case No. 8:25-cv-1589-WFJ-AAS**

**PIPEDRIVE, INC.,**

    **Defendant.**
_____/

## ORDER

Pro se plaintiff Jodene Toni-Lee Sahii Rose requests access to the court's electronic filing system to facilitate filing. (Doc. 2). The court notes Ms. Rose's motion does not contain her signature (or required contact information). Future filings without a signature will be stricken. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.").

Accordingly, it is **ORDERED**:

1.    Ms. Rose's Motion for E-File Access (Doc. 2) is **GRANTED.**

2. To access the court's electronic filing system, Ms. Rose must have Internet access, an e-mail account, PDF capabilities, and a PACER account.

3. Ms. Rose must register for electronic filing by visiting the CM/ECF link on the court's website at www.flmd.uscourts.gov. When filling out the request for a CM/ECF login and password, Ms. Rose should insert 0000000 (seven zeros) when prompted to fill in a Bar number. Ms. Rose may contact the Clerk's Office (813-301-5400) if assistance is needed in registering for CM/ECF.

4. Once registered, Ms. Rose must complete the CM/ECF program tutorial on the court's website. Ms. Rose also must become familiar with and follow the policies and procedures set forth in the Administrative Procedures for Electronic Filing, which is available under the CM/ECF link on the court's website.

5. In alternative of filing electronically, Ms. Rose is permitted to mail hard copies of her filings to the Clerk of the Court or in person at the courthouse.

**ENTERED** in Tampa, Florida, on June 23, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge